Andrew W. Dunlap
Olivia R. Beale
JOSEPHSON DUNLAP, LLP
11 Greenway Plaza, Suite 3050
Houston, TX 77046
Telephone: 713-352-1100
Facsimile: 713-352-3300
*Attorneys for Plaintiffs*

Tracy A. Miller, SBN 015920
J. Alexander Dattilo, SBN 030112
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.,
Esplanade Center III, Suite 800
2415 East Camelback Road
Phoenix, AZ 85016
Telephone: 602-778-3700
Facsimile:  602-778-3750
tracy.miller@ogletree.com
alexander.dattilo@ogletree.com
*Attorneys for Defendant Maricopa County Special Health Care District d/b/a Valleywise Health*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Robert Kostov, Individually and for Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>Maricopa County Special Health Care District, an Arizona Special Healthcare District d/b/a Valleywise Health,<br><br>Defendant. | No. 2:23-cv-00613-SPL<br><br>**PARTIES JOINT STATUS REPORT** |

Plaintiff Robert Kostov and Maricopa County Special Health Care District, d/b/a Valleywise Health, by and through undersigned counsel, pursuant to the Court's Order, Doc. 226, file this joint report to inform the Court that the Parties have agreed to withdraw the reversion provision. Please see the Settlement Agreement attached as Exhibit 1.

RESPECTFULLY SUBMITTED this 16th day of July 2025.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Tracy A. Miller (w/permission)*
Tracy A. Miller
Esplanade Center III, Suite 800
2415 East Camelback Road
Phoenix, AZ 85016

*Attorneys for Defendant Maricopa County Special Health Care District d/b/a Valleywise Health*

JOSEPHSON DUNLAP, PLLC, RANDALL LAW PLLC, & ANDERSON ALEXANDER PLLC

By: /s/ *Andrew W. Dunlap*
Andrew W. Dunlap
Michael A. Josephson
Olivia R. Beale
11 Greenway Plaza, Suite 3050
Houston, TX 77046

Samuel R. Randall
4742 N. 24th Street, Suite 300
Phoenix, AZ 85016

Austin W. Anderson
William C. Alexander
101 N Shoreline Blvd., Ste. 610
Corpus Christi, TX 78401

*Attorneys for Plaintiff Robert Kostov*

2