**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Kostov, | No. CV-23-00613-PHX-KML |
| Plaintiff, | **ORDER** |
| v. | |
| Maricopa County Special Health Care District, | |
| Defendant. | |

The court previously determined the parties' proposed settlement—with the exception of the proposed reversionary clause—"represents a fair and reasonable resolution of the parties' disputes." (Doc. 226 at 2.) After that order the parties engaged in additional negotiations and have removed the reversionary clause. With that change, the settlement is approved.

**IT IS ORDERED** the Motion for Settlement Approval (Doc. 225) is **GRANTED** to the extent the agreement attached as Exhibit 1 to the July 16, 2025, filing is approved as a fair and reasonable settlement.

**IT IS FURTHER ORDERED** the court appoints, for settlement purposes only, Josephson Dunlap, LLP, Bruckner Burch, PLLC, and Randall Law as Collective Counsel for the purposes of Settlement and the releases and other obligations therein.

**IT IS FURTHER ORDERED** neither this order, plaintiff's motion, the agreement, nor any other documents or information relating to the settlement of this litigation shall constitute, be construed to be, or be admissible in this litigation or any other proceeding as

evidence: (a) that any group of similarly situated or other employees exists to maintain a collective action under the FLSA, or comparable state laws or rules, (b) of an adjudication of the merits of this litigation, (c) of an adjudication of any of the matters subject to the Released Claims against the Released Parties in the agreement (except for the res judicata effect of such Released Claims with respect to the plaintiffs), (d) that any party has prevailed in this case, or (e) that defendant has engaged in any wrongdoing.

**IT IS FURTHER ORDERED** this suit and all claims released in the settlement agreement for the plaintiff and opt-ins listed on Exhibit 1-A (Doc. 225-1) are **DISMISSED WITH PREJUDICE**. The Clerk of Court shall close this case.

Dated this 21st day of July, 2025.

*[signature]*

Honorable Krissa M. Lanham
United States District Judge